# DONOVAN & YEE • LLP

161 Avenue of the Americas, Suite 1201 • New York, NY 10013
(212) 226-7700 Tel • (212) 226-1995 Fax • donovanyee.com
E-mail: nmertzel@ycellp.com

Writer's Direct Dial:
(212) 226-1230

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 0 1 NOV 2011

October 31, 2011

**VIA FACSIMILE (212) 805-6304**

The Honorable Paul A. Crotty, U.S.D.J.
United States District Court
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    **South Beach Resort Development, LLC v. Z Hotel, LLC**
             **Civil Action No. 11-CV-4329 (PAC)**

Dear Judge Crotty:

    We represent plaintiff South Beach Resort Development, LLC in the above-referenced action.

    We previously informed the Court that the parties are in the process of negotiating a settlement. As instructed by Chambers, we write to inform the Court that the parties have exchanged drafts and comments on a proposed settlement agreement, and are working together to negotiate the details. We request that the Court continue the matter so that the parties can finalize their agreement. We will provide a further status report in thirty (30) days.

                                       Respectfully submitted,

                                       Nancy J. Mertzel

Cc:    Christopher Jensen, Esq. (via facsimile)
        Jonathan King, Esq. (via facsimile)

*MEMO ENDORSED*

0 1 NOV 2011

SO ORDERED:

HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE